UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENITH PARK,<br><br>        Plaintiff,<br><br>    v.<br><br>RICK FISHER, et al.,<br><br>        Defendants. | No. 1:19-cv-01616-NONE-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 15, 16, & 20) |

      Kenith Park ("plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On March 20, 2020, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending "that all claims and defendants be dismissed, except for Plaintiff's Eighth Amendment claim for deliberate indifference against defendants Greg Mercado and Jose Chavez and his retaliation claim against defendant Greg Mercado."  (Doc. No. 20 at 2.)

      Plaintiff was provided an opportunity to file objections to the findings and recommendations.  The deadline for filing objections has passed, and plaintiff has not filed objections.

1

1	In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this
2	court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file,
3	the court finds the findings and recommendations to be supported by the record and proper
4	analysis.

5	Accordingly, THE COURT HEREBY ORDERS that:

6	1. The findings and recommendations issued by the magistrate judge on March 20,
7	   2020 (Doc. No. 20), are ADOPTED in full;
8	2. All claims and defendants are dismissed, except for plaintiff's Eighth
9	   Amendment claim for deliberate indifference against defendants Greg Mercado
10	   and Jose Chavez and his retaliation claim against defendant Greg Mercado; and
11	3. The Clerk of Court is DIRECTED to reflect the dismissal of defendants Rick
12	   Fisher; D. Roberts; and Justin Andrews on the court's docket.

IT IS SO ORDERED.

Dated:  **April 21, 2020**	_Dale A. Drozd_
	UNITED STATES DISTRICT JUDGE