UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENITH PARK,<br><br>        Plaintiff,<br><br>   v.<br><br>JOSE CHAVEZ, et al.,<br><br>        Defendants. | Case No. 1:19-cv-01616-NONE-EPG (PC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE AND CLOSE THE CASE<br><br>(ECF No. 43) |

On April 14, 2021, the parties filed a joint stipulation dismissing this action with prejudice and with each party bearing its own costs and attorneys' fees. (ECF No. 43). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees. Accordingly, the Clerk of Court is DIRECTED to assign a district judge to this case for the purpose of closing the case and then to CLOSE THIS CASE. However, the Court retains jurisdiction over the litigation to enforce the terms of the parties' settlement agreement.

IT IS SO ORDERED.

   Dated:   **April 15, 2021**                        /s/ Erica P. Grosjean
                                                                                     UNITED STATES MAGISTRATE JUDGE